IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREL M. SMITH, Sr.

    Petitioner,               No. CIV. S-10-2353 GGH P

    vs.

JAMES D. HARTLEY, Warden,

    Respondent.            ORDER

_____/

        Pursuant to the <u>Order</u>, filed on October 8, 2010, petitioner was directed, inter alia, either to submit the appropriate in forma pauperis affidavit or to pay the required $5.00 filing fee within twenty-eight days.  See 28 U.S.C. §§ 1914(a); 1915(a).  Court records indicate that, on October 22, 2010, petitioner paid the filing fee.

        Accordingly, IT IS ORDERED that petitioner has discharged his filing fee obligation, pursuant to 28 U.S.C. § 1914(a).

DATED: November 3, 2010               /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:009
smit2353.fee