IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREL MAURICE SMITH, Sr.,

        Petitioner,                    No. CIV S-10-2353 GEB GGH P

    vs.

JAMES D. HARTLEY, Warden,

        Respondent.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's May 10, 2011, dismissal without prejudice of his application for a writ of habeas corpus as successive. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

For the reasons set forth in the magistrate judge's findings and recommendations, filed on March 28, 2011, petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, a certificate of appealability should not issue in this action.

IT IS SO ORDERED.

Dated: July 14, 2011

```
_____
GARLAND E. BURRELL, JR.
United States District Judge
```